# UNITED STATES DISTRICT COURT
for the
__Eastern__ District of __N.Y__
__Pro SE__ Division

__Robert Friedman__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Macys__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. __23-1120__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

# Amended COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert Friedman
Street Address: 400 Robinwood Avenue
City and County: Columbus
State and Zip Code: Ohio 43213
Telephone Number: 614-256-8466
E-mail Address: Friedman.robbi@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Mentys
- Job or Title (if known): Restarant
- Street Address:
- City and County: 792 eastern Parkway Brooklyn
- State and Zip Code: Brook N.Y 11213
- Telephone Number: 718-907-8877
- E-mail Address (if known):

Defendant No. 2
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: N/A
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[☒] Federal question  [☒] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Americans with Disabilities Act*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* **Robert Friedman**, is a citizen of the State of *(name)* **OHIO**.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, (name) **Mendys Restraunt** is incorporated under the laws of the State of (name) **N.Y**, and has its principal place of business in the State of (name) **N.Y**.
Or is incorporated under the laws of (foreign nation) **N/A**,
and has its principal place of business in (name) **N.Y**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

½ Million dollars of intentional infliction of emotional distress because I was banned from the Mendys based on my disability which is touret Syndrome

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In early Feb. 2023 as I wanted to buy a soda from Mendys the Manager approached me in a beligerent manner and he ordered me to leave and never return based on my disability touret Syndrome

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

½ million dollars in damges, because the Manager banned me based on my disability, I felt threatend humiliated, my collitis got worse and suffered many traumatic flashbacks from it. also I felt degraded that I was banned based on my disability

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Robert Fried April 3, 2024

Signature of Plaintiff: Robert Friedman

Printed Name of Plaintiff: Robert Friedman

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____



**UNITED STATES POSTAL SERVICE.** — Retail

**P** US POSTAGE PAID
$9.85
Origin: 43209
04/03/24
3817480209-2

PRIORITY MAIL®

0 Lb 2.30 Oz

RDC 03

EXPECTED DELIVERY DAY: 04/06/24

C030

SHIP TO:
225 CADMAN PLZ E
BROOKLYN NY 11201-1832

USPS TRACKING® #

9505 5152 2736 4094 9506 25




PS000



**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Robert Friedman
400 Robinwood Ave
Columbus OHIO
43213

TO: Pro SE Department
U.S district Court
eastern district of N.Y
225 Cadman Plaza east
Brooklyn, N.Y
11201

Label 228, March 2016 — FOR DOMESTIC AND INTERNATIONAL USE

- Expected deliv
- Domestic ship
- USPS Tracking
- Limited intern
- When used in

*Insurance does not
Domestic Mail Manu
** See International

FLAT R
ONE RATE

TRACK

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.